UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FREEDOM HOLDING, INC. and ELITE WORLD GROUP, LLC,<br><br>Plaintiffs,<br><br>-v-<br><br>SILVIO SCAGLIA, *et al.*,<br><br>Defendants. | 26 Civ. 9428 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

By November 4, 2026, Defendants shall respond to Plaintiffs' memorandum of law in support of their motion for a temporary restraining order ("TRO"). By 10:00 a.m. on November 3, 2026, Plaintiffs shall serve their Complaint, their TRO motion, their memorandum of law, and this Order on Defendants and their counsel via email. On November 6, 2026, the Court will hold a hearing to discuss the motion for a TRO at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007. The Clerk of Court is respectfully directed to unseal the entire docket in this case.

SO ORDERED.

Dated: November 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge