UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREEDOM HOLDING, INC. and ELITE WORLD GROUP, LLC,

Plaintiffs,

-v-

SILVIO SCAGLIA, *et al.*,

Defendants.

26 Civ. 9428 (JPC)

CORRECTED TEMPORARY RESTRAINING ORDER

JOHN P. CRONAN, United States District Judge:

As discussed on the record at the November 10, 2026 hearing, and pursuant to Federal Rule of Civil Procedure 65(b), the Court temporarily restrains Defendants Silvio Scaglia, Paolo Barbieri, and Fabio Pelino, as well as their agents and all others "who are in active concert or participation" with them and have "actual notice" of this Order (as set forth in Federal Rule of Civil Procedure 65(d)(2)), from: (i) acting or holding themselves out as managing or directing the New York companies Elite World Group, LLC and Freedom Holding, Inc.; and (ii) selling, transferring, or encumbering Elite World Group, LLC or Freedom Holding, Inc. The parties shall appear for a preliminary-injunction hearing at 10:00 a.m. on November 20, 2026, in Courtroom 12D of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, NY 10007, and they shall submit briefs in connection with that hearing by November 16, 2026.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JOHN P. CRONAN
United States District Judge